DOSTER, C. J., JOHNSTON, SMITH, ELLIS, JJ.

---

JOHN T. STEWART v. M. M. ELLIOTT.

No. 12,266.   (66 Pac. 986.)

TAXATION—*Purchase by Owner.* Where the owner of real estate purchases the same at a tax sale, it constitutes a payment of the taxes, though the certificate be issued in the name of another.

Error from Sumner district court; W. T. McBRIDE, judge. Opinion filed December 7, 1901. Division one. Affirmed.

*Kos Harris*, for plaintiff in error.

*Julia F. V. Harris*, and *J. S. Dey*, for defendant in
in error.

*Per Curiam:* We see no error in the rulings of the
court below prejudicial to the plaintiff in error. He
bid in his own property at tax sale. By withholding
his deed from record and having the tax certificate
issued in the name of Louis H. Stewart, his brother,
he made it appear that the transaction was not a pay-
ment by him of the taxes, but a *bona fide* purchase by
his brother. The true state of facts appeared when
the plaintiff in error testified as a witness in the case
of *Churchill v. Elliott.* The discovery of the fraud
practised on plaintiff below dated from that time, and
the record of that case, with Stewart's testimony
therein, was received in evidence in this one for the
purpose of showing when the right of action of de-
fendant below was discovered. The plaintiff in error
sold something which he did not own. The tax cer-
tificate, on its face, appeared to be a valid lien on the
land, but, when the truth was disclosed, the lien had
no foundation. It was the duty of Stewart to pay his
taxes, being the owner of the land, and what he did
amounted to nothing more than a payment of them.
The case was fairly tried, and a just conclusion arrived
at in the court below, and its judgment will be af-
firmed.

DOSTER, C. J., JOHNSTON, SMITH, ELLIS, JJ.